IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01214-PSF-OES

KATHLEEN M. TOWERS,

Plaintiff(s),

vs.

SAFEWAY INC., a Delaware corporation,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  June 28, 2005

      The Unopposed Motion to Amend Scheduling Order, filed July 24, 2005, is GRANTED.  The Scheduling Order shall be amended to reflect the following dates and deadlines:

      The discovery cutoff shall be extended to and including July 14, 2005 for the limited purpose of completing the deposition of Mr. Mark Mercer.