IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01214-PSF-OES

KATHLEEN M. TOWERS,

    Plaintiff,

v.

SAFEWAY INC., a Delaware corporation,

    Defendant.

---

## ORDER SETTING CASE FOR TRIAL

---

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **November 14, 2005, at 1:30 p.m.**

A Final Trial Preparation Conference is set for **November 4, 2005, 3:30 p.m.** The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

DATED: August 18, 2004.

                                          BY THE COURT:

                                          s/ Phillip S. Figa
                                          _____
                                          Phillip S. Figa
                                          United States District Judge