IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01214-PSF-OES

KATHLEEN M. TOWERS,

      Plaintiff,

v.

SAFEWAY INC., a Delaware corporation,

      Defendant.

---

## ORDER RESCHEDULING TRIAL DATE

---

The Court has been advised that a resolution has been reached by the parties as to all claims asserted in this case.  The parties are directed to endeavor to file a stipulation of dismissal, or other settlement documents, no later than November 23, 2005.  In light of this resolution, it is

FURTHER ORDERED that the five-day jury trial set to commence November 14, 2005 has been RESCHEDULED to **December 19, 2005 at 1:30 p.m.**  This trial date will be vacated upon the appropriate filing of dismissal documents on or before November 23, 2005.

      DATED: November 9, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge