IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01214-PSF-OES

KATHLEEN M. TOWERS,

    Plaintiff,

v.

SAFEWAY INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Unopposed Joint Motion for Dismissal with Prejudice (Dkt. # 71).  The Court being fully advised, hereby orders as follows:

IT IS ORDERED that the above-referenced civil action is DISMISSED with prejudice, each party to bear her or its own attorneys' fees and costs.  It is

FURTHER ORDERED that the terms of the Agreement between the parties pursuant to which the Motion and Order of Dismissal with Prejudice have been entered are to be kept strictly confidential by plaintiff except to her immediate family, her attorneys, her tax advisors or as may be required by law.  As a further exception to this confidentiality provision, plaintiff may disclose any aspect of the tax treatment and tax structure of this settlement to any third party.

DATED: November 30, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge